**Order filed August 15, 2014**



In The

# Eleventh Court of Appeals

—————————

## No. 11-14-00205-CV

—————————

## IN RE PHILLIP WADE HANNA

**Original Mandamus Proceeding**

### O R D E R

Relator, Phillip Wade Hanna, has brought a mandamus action against the Honorable Mike Moore, Judge of the 29th District Court of Palo Pinto County, Texas. He alleges that Judge Moore has not ruled on a motion that Relator filed with the district court in which he sought enforcement or sanctions in connection with his ex-wife's failure to deliver certain property in accordance with the divorce decree. It does not appear that Relator served a copy of the petition for writ of mandamus on the real party in interest. The clerk of this court is forwarding a copy of the petition to the attorney of record for the real party in interest, Lora Kay Hanna.

The real party in interest, Lora Kay Hanna, is requested to file a response to Relator's petition for writ of mandamus with this court on or before September 8, 2014. In the interim, if this court receives written notice that Relator's motion has been ruled on by the trial court, we will deny the petition for writ of mandamus because the relief requested by Relator will have already occurred, and the issue presented in the petition would then be moot.

PER CURIAM

August 15, 2014

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.